UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK F. BRIGGS,<br><br>              Plaintiff,<br><br>   v.<br><br>STEVE FREITAS, et al.,<br><br>              Defendants. | Case No. 16-cv-06608-MEJ (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Court hereby DISMISSES this action without prejudice for failure to file an amended complaint. The Clerk of the Court shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 22, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge